IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ROBERT GODDARD,**

                      Petitioner,

       **v.**

**SCOTT M. KERNAN, Warden, et al.,**

                    Respondents.

CIV S-06-2747 MCE EFB P

**ORDER**

Petitioner is a state prisoner proceeding without counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 16, 2007, respondent filed a request for an extension of time in which to file a response to the petition.  Respondent's request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Respondents' February 16, 2007, request for an extension of time is granted.

2.  Respondents have until March 21, 2007, to file a responsive pleading.

Dated:  March 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE