IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT GODDARD,** | CIV S-06-2747 MCE EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **SCOTT M. KERNAN, Warden, et al.,** | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 20, 2007, respondents filed a second request for an extension of time in which to file a response to the petition.

GOOD CAUSE appearing, IT IS HEREBY ORDERED that:

1. Respondent's request for a second extension of time is granted; and

2. The response to the petition shall be filed on or before April 20, 2007.

Dated: April 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE