IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GODDARD,<br><br>    Petitioner,<br><br>  v.<br><br>SCOTT K. KERNAN, Warden, et al.,<br><br>    Respondents. | No. CIV S-06-2747 MCE EFB P<br><br>**ORDER** |

  Petitioner is a state prisoner proceeding with counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 15, 2007, petitioner moved through counsel for an extension of 60 days in which to reply to respondent's response.

  GOOD CAUSE appearing, IT IS HEREBY ORDERED that Petitioner's reply to Respondent's response to Petition for Writ of Habeas Corpus be filed on or before July 18, 2007.

DATED: May 21, 2007.

        /s/ Edmund F. Brennan
        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE

- 1 -