IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT GODDARD,** | CIV S-06-2747 MCE EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **SCOTT M. KERNAN, Warden, et al.,** | |
| Respondents. | |

Petitioner is a state prisoner proceeding without counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 17, respondents requested an extension of time in which to file an amended answer, together with an amended answer to the petition. GOOD CAUSE APPEARING, it is ordered that:

1. Respondent's request for an extension of time is granted and the answer is deemed timely filed;

2. Petitioner is granted a period of 30 days from the date this order is served within which to file an amended traverse.

Dated: August 22, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE